[No. 29142-8-II.   Division Two.   January 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BYRON LEE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-00078-9, John P. Wulle, J., entered April 18, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.

[No. 29336-6-II.   Division Two.   January 6, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE KEITH JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01016-4, Robert L. Harris, J., entered September 11, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Armstrong, JJ.

[No. 50395-2-I.   Division One.   January 12, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ARISTOTLE MARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06747-6, Donald D. Haley, J., entered April 26, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 50802-4-I.   Division One.   January 12, 2004.]

DANIEL W. COWDERY, ET AL., *Appellants*, v. THE CITY OF SEATTLE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-32289-5, Nicole MacInnes, J., entered June 20, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Kennedy and Appelwick, JJ.